# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Patrick L. Firestone  
                Debtor(s)

CHAPTER 13

BKY. NO. 19-15205 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Town Center Bank c/o Triad Financial Services and index same on the master mailing list.

                                                      Respectfully submitted,  
                                                      **/s/ Rebecca A. Solarz Esquire**  
                                                      Rebecca A Solarz, Esquire  
                                                      KML Law Group, P.C.  
                                                      701 Market Street, Suite 5000  
                                                      Philadelphia, PA 19106-1532  
                                                      (215) 627-1322