IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| PATRICK L. FIRESTONE | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 19-15205-PMM |
| SANTANDER CONSUMER USA INC. | ) | |
| dba CHRYSLER CAPITAL AS SERVICER | ) | 11 U.S.C. 362 |
| FOR CCAP AUTO LEAST LTD. | ) | |
| **Moving Party** | ) | 11 U.S.C. 1301 |
| v. | ) | |
| | ) | |
| PATRICK L. FIRESTONE | ) | HEARING DATE: **3-26-20 at 11:00 AM** |
| TINA FIRESTONE | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | | |

### ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA, Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified to permit the movant to pursue the movant's in rem rights in the personal property described as a **2017 Dodge Charger** bearing vehicle identification number 2C3CDXFG5HH505865 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:  **March 27, 2020**

*Patricia M. Mayer*
_____
UNITED STATES BANKRUPTCY JUDGE