United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15205-pmm
Patrick L. Firestone                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Randi              Page 1 of 1              Date Rcvd: Mar 27, 2020
                          Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
db            +Patrick L. Firestone,   210 Haddon Drive,   Macungie, PA 18062-9264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net
              JOSHUA A. GILDEA    on behalf of Plaintiff    First Commonwealth Federal Credit Union
               jgildea@flblaw.com,   ccharlton@flblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Town Center Bank c/o Triad Financial Services
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| PATRICK L. FIRESTONE ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 19-15205-PMM |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | 11 U.S.C. 362 |
| FOR CCAP AUTO LEAST LTD. ) | |
| **Moving Party** ) | 11 U.S.C. 1301 |
| v. ) | |
| ) | |
| PATRICK L. FIRESTONE ) | HEARING DATE: **3-26-20 at 11:00 AM** |
| TINA FIRESTONE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

**ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY
AS TO PERSONAL PROPERTY**

    Upon the motion of Santander Consumer USA, Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are modified to permit the movant to pursue the movant's in rem rights in the personal property described as a **2017 Dodge Charger** bearing vehicle identification number 2C3CDXFG5HH505865 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:  **March 27, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE