IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: PATRICK L. FIRESTONE )<br>    **Debtor(s)** )<br> )<br>SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL AS SERVICER )<br>FOR CCAP AUTO LEASE LTD )<br>    **Moving Party** )<br> )<br>   v. )<br> )<br>PATRICK L. FIRESTONE )<br>    **Respondent(s)** )<br> )<br>SCOTT F. WATERMAN )<br>    **Trustee** ) | CHAPTER 13<br><br>Case No.: 19-15205 (PMM) |

## PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation, filed on or about October 4, 2019 in the above-referenced case, number 17 on the docket.

Date:  4/15/20

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital as servicer for CCAP Auto Lease LTD