IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: PATRICK L. FIRESTONE )<br>**Debtor(s)** )<br>) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. )<br>dba CHRYSLER CAPITAL AS SERVICER )<br>FOR CCAP AUTO LEASE LTD )<br>**Moving Party** ) | Case No.: 19-15205 (PMM) |
| )<br>v. ) | **RELATED TO DOCKET #18** |
| )<br>PATRICK L. FIRESTONE )<br>**Respondent(s)** )<br>) | |
| SCOTT F. WATERMAN )<br>**Trustee** ) | |

**PRAECIPE WITHDRAWING SANTANDER'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Santander's Objection To Confirmation in regards to a 2017 Dodge Charger, filed on or about October 4, 2019 in the above-referenced case, number **18** on the docket.

Date: 4/21/20

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital as servicer for CCAP Auto Lease LTD