# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    PATRICK L. FIRESTONE             :        Bankruptcy No. 19-15205 PMM
                                                :
    Debtor                          :        Chapter 13

## CERTIFICATION OF NO OBJECTION

AND NOW, this 19th day of June, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated May 28, 2020 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  June 19, 2020                       s/   David S. Gellert
                                                        David S. Gellert, Esquire
                                                        David S. Gellert, P.C.
                                                        3506 Perkiomen Avenue
                                                        Reading, PA 19606
                                                        (610) 779-8000
                                                        Fax: (610) 370-1393
                                                        dsgrdg@ptdprolog.net