United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15205-pmm
Patrick L. Firestone                                                  Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi    Page 1 of 1    Date Rcvd: Jun 22, 2020
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             +Patrick L. Firestone,    210 Haddon Drive,    Macungie, PA 18062-9264

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
        DAVID S. GELLERT    on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net
        DAVID S. GELLERT    on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net
        JOSHUA A. GILDEA    on behalf of Plaintiff    First Commonwealth Federal Credit Union
         jgildea@flblaw.com,    ccharlton@flblaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Town Center Bank c/o Triad Financial Services
         bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
         as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                  TOTAL: 7

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :
    PATRICK L. FIRESTONE              :          Bankruptcy No. 19-15205 PMM
                                                      :
    Debtor                            :          Chapter 13

## ORDER APPROVING COMPENSATION

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of Applicant in the amount of $6,010.80 comprised of $5,472.50 in compensation and $538.30 in reimbursement of actual, necessary expenses.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $1,310.00 which was paid by the Debtor prepetition to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

Dated: 6/22/20

_____
Patricia M. Mayer
United States Bankruptcy Judge