# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    PATRICK L. FIRESTONE | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-15205 PMM |

### CERTIFICATION OF NO ANSWER

AND NOW, this 16th day of July, 2020, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtor's Motion to Modify Chapter 13 Plan Under § 1329.

                                                           s/   David S. Gellert
                                                           David S. Gellert, Esquire
                                                           David S. Gellert, P.C.
                                                           3506 Perkiomen Avenue
                                                          Reading, PA 19606
                                                          (610) 779-8000
                                                          Fax: (610) 370-1393
                                                          dsgrdg@ptdprolog.net