**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|    PATRICK L. FIRESTONE | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-15205 PMM |

**ORDER APPROVING MODIFICATION OF PLAN**
**UNDER § 1329**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #    )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Fifth Amended Chapter 13 Plan **(Doc. #64)** is **APPROVED**.

**Date:** **July 23, 2020**

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**