United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick L. Firestone  
    Debtor

Case No. 19-15205-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Jul 24, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
```
db             +Patrick L. Firestone,    210 Haddon Drive,    Macungie, PA 18062-9264
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
```
              DAVID S. GELLERT    on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net
              JOSHUA A. GILDEA    on behalf of Plaintiff    First Commonwealth Federal Credit Union
               jgildea@flblaw.com,    ccharlton@flblaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Town Center Bank c/o Triad Financial Services
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :
    PATRICK L. FIRESTONE    :    Chapter 13
                                          :
    Debtor                  :    Bankruptcy No. 19-15205 PMM

**ORDER APPROVING MODIFICATION OF PLAN**
**UNDER § 1329**

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. #    )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Fifth Amended Chapter 13 Plan **(Doc. #64)** is **APPROVED**.

Date: **July 23, 2020**

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**