# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :
    PATRICK L. FIRESTONE                    :          Bankruptcy No. 19-15205 PMM
                                             :
    Debtor                                   :          Chapter 13

## CERTIFICATION OF NO OBJECTION

AND NOW, this 14th day of August, 2020, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 23, 2020 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtor.

                                                  s/ David S. Gellert
                                                  David S. Gellert, Esquire
                                                  David S. Gellert, P.C.
                                                  3506 Perkiomen Avenue
                                                  Reading, PA 19606
                                                  (610) 779-8000
                                                  Fax: (610) 370-1393
                                                  dsgrdg@ptdprolog.net