IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| PATRICK L. FIRESTONE ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 19-15205-PMM |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | 11 U.S.C. 362 |
| FOR CCAP AUTO LEASE LTD. ) | |
| **Moving Party** ) | HEARING DATE: **10-6-20 at 10:00 AM** |
| v. ) | |
| ) | |
| PATRICK L. FIRESTONE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

**ORDER VACATING THE AUTOMATIC STAY
AS TO PERSONAL PROPERTY**

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Dodge Challenger** bearing vehicle identification number 2C3CDZFJ3HH598036 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **October 6, 2020**

_____
UNITED STATES BANKRUPTCY JUDGE