United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15205-pmm |
| Patrick L. Firestone | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Randi | Page 1 of 2 |
| Date Rcvd: Oct 06, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID      Recipient Name and Address**
db          + Patrick L. Firestone, 210 Haddon Drive, Macungie, PA 18062-9264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020               Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:

**Name**                **Email Address**

DAVID S. GELLERT
                    on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net

DAVID S. GELLERT
                    on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net

JOSHUA A. GILDEA
                    on behalf of Plaintiff First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

REBECCA ANN SOLARZ
                    on behalf of Creditor Town Center Bank c/o Triad Financial Services bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4        User: Randi        Page 2 of 2

Date Rcvd: Oct 06, 2020        Form ID: pdf900        Total Noticed: 1

WILLIAM EDWARD CRAIG
                 on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
                 ecfmail@mortoncraig.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| PATRICK L. FIRESTONE ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 19-15205-PMM |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | 11 U.S.C. 362 |
| FOR CCAP AUTO LEASE LTD. ) | |
| **Moving Party** ) | HEARING DATE: **10-6-20 at 10:00 AM** |
| v. ) | |
| ) | |
| PATRICK L. FIRESTONE ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2017 Dodge Challenger** bearing vehicle identification number 2C3CDZFJ3HH598036 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **October 6, 2020**

_Patricia M. Mayer_
UNITED STATES BANKRUPTCY JUDGE