| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15205-PMM**

PATRICK L. FIRESTONE
210 Haddon Drive
Macungie   PA   18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 05/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $225.00 | | 02/10/2020 | $225.00 | | 03/09/2020 | $225.00 | |
| 04/13/2020 | $225.00 | | 05/11/2020 | $225.00 | | 06/15/2020 | $225.00 | |
| 07/13/2020 | $225.00 | | 08/10/2020 | $225.00 | | 09/15/2020 | $225.00 | |
| 10/13/2020 | $225.00 | | 11/09/2020 | $225.00 | | 12/14/2020 | $225.00 | |
| 01/11/2021 | $225.00 | | 02/16/2021 | $225.00 | | 03/15/2021 | $225.00 | |
| 04/12/2021 | $225.00 | | 05/10/2021 | $225.00 | | | | |

**Total Receipts for the Period: $3,825.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,825.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,700.80 | $4,700.80 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NA<br>»» 002 | Unsecured Creditors | $11,651.57 | $0.00 | $11,651.57 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $24,508.60 | $0.00 | $24,508.60 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $1,646.56 | $0.00 | $1,646.56 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $15,687.80 | $0.00 | $15,687.80 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $2,279.92 | $0.00 | $2,279.92 |
| 7 | CCAP AUTO LEASE LTD<br>»» 007 | Unsecured Creditors | $2,283.43 | $0.00 | $2,283.43 |
| 8 | CCAP AUTO LEASE LTD<br>»» 008 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO BANK NEVADA NA<br>»» 009 | Unsecured Creditors | $12,376.03 | $0.00 | $12,376.03 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $13,989.14 | $0.00 | $13,989.14 |
| 11 | ALLY FINANCIAL<br>»» 011 | Unsecured Creditors | $4,274.96 | $0.00 | $4,274.96 |
| 12 | FIRST COMMONWEALTH FCU<br>»» 012 | Unsecured Creditors | $6,199.50 | $0.00 | $6,199.50 |
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $39,335.75 | $0.00 | $39,335.75 |

**Chapter 13 Case No. 19-15205-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | CITIBANK NA<br>»» 014 | Unsecured Creditors | $9,769.10 | $0.00 | $9,769.10 |
| 15 | TOWN CENTER BANK<br>»» 15A | Mortgage Arrears | $8,283.45 | $107.90 | $8,175.55 |
| 16 | TOWN CENTER BANK<br>»» 15B | Mortgage Arrears | $6,072.95 | $79.11 | $5,993.84 |
| 17 | M&T BANK<br>»» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MID ATLANTIC SOCIAL SECURITY CENTER<br>»» 017 | Unsecured Creditors | $17,565.00 | $0.00 | $17,565.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $436.70 | $436.70 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,825.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $5,324.51 | Arrearages: | $0.00 |
| Paid to Trustee: | $500.49 | Total Plan Base: | $44,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.