## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    PATRICK L. FIRESTONE | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-15205 PMM |

### CERTIFICATE OF SERVICE

     David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that I have served a copy of the Supplement to Schedule I: Your Income and Supplement to Schedule J: Your Expenses upon the United States Trustee and the Standing Chapter 13 Trustee by electronic mail on February 14, 2023:

          Scott F. Waterman, Esquire
          Standing Chapter 13 Trustee
          2901 St. Lawrence Avenue, Suite 100
          Reading, PA 19606

          Office of the U. S. Trustee
          900 Market Street, Suite 320
          Philadelphia, PA 19107

Dated: February 14, 2023               s/ David S. Gellert
                                                    David S. Gellert, Esquire
                                                    David S. Gellert, P.C.
                                                    3506 Perkiomen Avenue
                                                    Reading, PA 19606
                                                    (610) 779-8000
                                                    Fax: (610) 370-1393
                                                    dsgrdg@ptdprolog.net