## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    PATRICK L. FIRESTONE | : | Chapter 13 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-15205 PMM |

## CERTIFICATION OF NO ANSWER

AND NOW, this 21st day of March, 2023, David S. Gellert, Esquire, attorney for the above-captioned Debtor, hereby certifies that no answer was filed or served on him with respect to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtor's Motion to Modify Chapter 13 Plan Under § 1329.

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net