# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    PATRICK L. FIRESTONE          :        Chapter 13
                                  :
    Debtor                        :        Bankruptcy No. 19-15205 PMM

## ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 plan (doc. # 89, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. # 88) is **APPROVED**.

**Date:** 3/23/23

_Patricia M. Mayer_
**Patricia M. Mayer**
**United States Bankruptcy Judge**