**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| PATRICK L. FIRESTONE | : | Bankruptcy No. 19-15205 PMM |
| | : | |
| Debtor | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY M & T BANK REGARDING A 2016 APEX ULTRA-LITE RECREATIONAL VEHICLE**

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtor's Answer to the Motion for Relief from the Automatic Stay Filed by M & T Bank Regarding a 2016 Apex Ultra-Lite Recreational Vehicle filed in the above matter on or about March 20, 2024.

Dated:  April 1, 2024                    s/  David S. Gellert
                                         David S. Gellert, Esquire
                                         Attorney for Debtor
                                         David S. Gellert, P.c.
                                         3506 Perkiomen Avenue
                                         Reading, PA 19606
                                         610-779-8000
                                         dsgrdg@ptdprolog.net