IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| PATRICK L. FIRESTONE | : | CASE NO. 19-15205 |
| Debtor | : | |

**CERTIFICATE OF NO RESPONSE**

I certify that I have received no response from the attorney for the Debtor or the Trustee to the Motion for Relief from Stay and respectfully request this Honorable Court grant the Motion without a hearing.

DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101
(610) 797-9000

Dated: April 1, 2024         By:  */s/ Douglas J. Smillie*
                                  Attorney for M&T Bank