IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| PATRICK L. FIRESTONE | : | CASE NO. 19-15205 |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion for Relief of Stay of M&T Bank, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that M&T Bank is granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law relating to the Recreational Vehicle described in the Motion; and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer, B.J.

**Date: April 2, 2024**