United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 19-15205-pmm

Patrick L. Firestone                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                        User: admin                          Page 1 of 2

Date Rcvd: Apr 02, 2024                     Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + Patrick L. Firestone, 210 Haddon Drive, Macungie, PA 18062-9264

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DAVID S. GELLERT
    on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor Town Center Bank c/o Triad Financial Services bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
    on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com

JOSHUA A. GILDEA
    on behalf of Plaintiff First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4                     User: admin                                    Page 2 of 2
Date Rcvd: Apr 02, 2024                  Form ID: pdf900                          Total Noticed: 1

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                        on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
                        wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| PATRICK L. FIRESTONE | : | CASE NO. 19-15205 |
| Debtor | : | |

**ORDER**

Upon consideration of the Motion for Relief of Stay of M&T Bank, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that M&T Bank is granted relief from the automatic stay pursuant to Section

362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law

relating to the Recreational Vehicle described in the Motion; and it is further

ORDERED that the provisions of Fed.R.Bankr.P. 4001(a)(3) shall not apply.


BY THE COURT:

*Patricia M. Mayer*

**Date: April 2, 2024**

Patricia M. Mayer, B.J.