| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-15205-PMM

PATRICK L. FIRESTONE
210 Haddon Drive
Macungie  PA    18062

Petition Filed Date: 08/20/2019
341 Hearing Date: 11/05/2019
Confirmation Date: 05/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $635.00 | | 09/13/2023 | $635.00 | | 10/10/2023 | $635.00 | |
| 11/13/2023 | $635.00 | | 12/11/2023 | $635.00 | | 01/16/2024 | $635.00 | |
| 02/13/2024 | $635.00 | | 03/11/2024 | $635.00 | | 04/15/2024 | $635.00 | |
| 05/13/2024 | $635.00 | | 06/10/2024 | $635.00 | | 07/15/2024 | $635.00 | |

**Total Receipts for the Period: $7,620.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,570.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,700.80 | $4,700.80 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY »» 001 | Unsecured Creditors | $174.17 | $0.00 | $174.17 |
| 2 | WELLS FARGO BANK NA »» 002 | Unsecured Creditors | $11,651.57 | $0.00 | $11,651.57 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $24,508.60 | $0.00 | $24,508.60 |
| 4 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $1,646.56 | $0.00 | $1,646.56 |
| 5 | NAVY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $15,687.80 | $0.00 | $15,687.80 |
| 6 | AMERICAN EXPRESS NATIONAL BANK »» 006 | Unsecured Creditors | $2,279.92 | $0.00 | $2,279.92 |
| 7 | CHRYSLER CAPITAL AUTO LEASE LTD »» 007 | Unsecured Creditors | $2,283.43 | $0.00 | $2,283.43 |
| 8 | CHRYSLER CAPITAL AUTO LEASE LTD »» 008 | Unsecured Creditors | $4,626.08 | $0.00 | $4,626.08 |
| 9 | WELLS FARGO BANK NEVADA NA »» 009 | Unsecured Creditors | $12,376.03 | $0.00 | $12,376.03 |
| 10 | WELLS FARGO BANK NEVADA NA »» 010 | Unsecured Creditors | $13,989.14 | $0.00 | $13,989.14 |
| 11 | ALLY FINANCIAL »» 011 | Unsecured Creditors | $4,274.96 | $0.00 | $4,274.96 |
| 12 | FIRST COMMONWEALTH FCU »» 012 | Unsecured Creditors | $6,199.50 | $0.00 | $6,199.50 |
| 13 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $39,335.75 | $0.00 | $39,335.75 |
| 14 | CITIBANK NA »» 014 | Unsecured Creditors | $9,769.10 | $0.00 | $9,769.10 |

**Chapter 13 Case No. 19-15205-PMM**

| 15 | TOWN CENTER BANK »» 15A | Mortgage Arrears | $8,283.45 | $7,867.63 | $415.82 |
|---|---|---|---|---|---|
| 16 | TOWN CENTER BANK »» 15B | Mortgage Arrears | $6,072.95 | $5,768.09 | $304.86 |
| 17 | M&T BANK »» 016 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | MID ATLANTIC SOCIAL SECURITY CENTER »» 017 | Unsecured Creditors | $17,565.00 | $0.00 | $17,565.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $436.70 | $436.70 | $0.00 |
| 0 | DAVID S GELLERT ESQ | Attorney Fees | $840.89 | $840.89 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,570.00 | Current Monthly Payment: | $635.00 |
| Paid to Claims: | $19,614.11 | Arrearages: | $1,230.00 |
| Paid to Trustee: | $1,955.89 | Total Plan Base: | $22,800.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.