UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　PATRICK L. FIRESTONE<br><br>　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 19-15205-PMM |

### PRAECIPE

TO THE CLERK:

Please withdraw the Trustee's Motion to Dismiss filed on or about October 11, 2024 at docket number 120 in the above referenced case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted

Date: October 17, 2024　　　　　　　　　　　　*/s/ Scott F. Waterman*
　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee