United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15205-pmm |
| Patrick L. Firestone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick L. Firestone, 210 Haddon Drive, Macungie, PA 18062-9264 |
| 14376342 | + | First Commonwealth Fed CU, P. O. Box 20450, Lehigh Valley, PA 18002-0450 |
| 14376344 | + | Jay C. Scheinfeld, Esquire, P. O. Box 1316, Havertown, PA 19083-5916 |
| 14376345 | #+ | Jonathan Cawley, Esquire, Zwicker & Associates, P.C., 3220 Tillman Dr., Bensalem, PA 19020-2028 |
| 14376347 | | Michael R. Nesfeder, Esq., Fitzpatrick Lentz & Bubba PC, P. O. Box 219, Center Valley, PA 18034-0219 |
| 14401829 | #+ | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14389882 | | Service Electric Cable, P. O. Box 65123, Baltimore, MD 21264-5123 |
| 14376353 | + | Town Center Bank, 1938 East Lincoln Hwy., Suite 201, New Lenox, IL 60451-3827 |
| 14448125 | + | Town Center Bank c/o Triad Financial Services c/o, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14376355 | | Wells Fargo Bank, N.A., MAC N9777-112, P. O. Box 5169, Sioux Falls, SD 57117-5169 |
| 14389885 | + | Wells Fargo Card Services, P. O. Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 21 2024 00:53:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2024 00:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14376334 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2024 00:53:00 | Ally, P. O. Box 380902, Bloomington, MN 55438-0902 |
| 14408094 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2024 00:53:00 | Ally Bank Lease Trust, PO Box 130424, Roseville, MN 55113-0004 |
| 14376335 | + | Email/PDF: bncnotices@becket-lee.com | Nov 21 2024 00:45:36 | American Express National Bank, 4315 S. 2700 West, Salt Lake City, UT 84184-0001 |
| 14383327 | + | Email/Text: bkfilings@zwickerpc.com | Nov 21 2024 00:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14385156 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 00:54:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14376339 | | Email/Text: correspondence@credit-control.com | Nov 21 2024 00:53:00 | Credit Control, LLC, 8001 Woodland Center Blvd., Suite 200, Tampa, FL 33614 |
| 14376336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2024 00:45:43 | Capital One, P. O. Box 30285, Salt Lake City, UT |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 14376337 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 21 2024 00:54:00 | Chrysler Capital, P. O. Box 961278, Fort Worth, TX 76161-0278 |
| 14376338 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:45:37 | Citi, P. O. Box 790040, Saint Louis, MO 63179-0040 |
| 14410777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:45:40 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14376341 | + | Email/Text: dsgrdg@ptdprolog.net | Nov 21 2024 00:54:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Ave., Reading, PA 19606-2711 |
| 14381633 | | Email/Text: mrdiscen@discover.com | Nov 21 2024 00:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14376343 | | Email/Text: EBNBKNOT@ford.com | Nov 21 2024 00:54:00 | Ford Credit, National Bankruptcy Service Ctr., P. O. Box 62180, Colorado Springs, CO 80962 |
| 14378693 | | Email/Text: EBNBKNOT@ford.com | Nov 21 2024 00:54:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14871408 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 21 2024 00:47:24 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14376346 | | Email/Text: camanagement@mtb.com | Nov 21 2024 00:54:00 | M & T Bank, Lending Service, P. O. Box 900, Millsboro, DE 19966 |
| 14446054 | + | Email/Text: camanagement@mtb.com | Nov 21 2024 00:54:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 14389881 | | Email/Text: bknotices@mbandw.com | Nov 21 2024 00:53:00 | McCarthy, Burgess & Wolfe, 26000 Cannon Rd., Cleveland, OH 44146 |
| 14376349 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 00:54:00 | Midland Credit Management Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14376348 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 00:54:00 | Midland Credit Management Inc., P. O. Box 301030, Los Angeles, CA 90030-1030 |
| 14409451 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2024 00:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14381976 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 21 2024 00:54:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14376350 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 21 2024 00:54:00 | Navy Federal Credit Union, P. O. Box 3501, Merrifield, VA 22119-3501 |
| 14376351 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2024 00:47:04 | Sears Credit Cards, P. O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14438568 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 21 2024 00:53:00 | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 14389883 | + | Email/Text: bncmail@w-legal.com | Nov 21 2024 00:54:00 | Target Card Services, Mail Stop NCB-0461, P. O. Box 673, Minneapolis, MN 55440-0673 |
| 14412107 | ^ | MEBN | Nov 21 2024 00:28:13 | Town Center Bank, c/o Triad Financial Services, 13901 Sutton Park Dr. S., Suite 300, Jacksonville, FL 32224-0230 |
| 14389884 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 01:04:23 | Wells Fargo Bank, N.A., P. O. Box 29704, Phoenix, AZ 85038-9704 |
| 14376354 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 00:47:15 | Wells Fargo Bank, N.A., P. O. Box 5058, Portland, OR 97208-5058 |
| 14376356 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 01:03:54 | Wells Fargo Bank, N.A., MAC F8235-040, P. O. Box 5129, Sioux Falls, SD 57117-5129 |
| 14380242 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 00:45:35 | Wells Fargo Bank, N.A., 435 Ford Road, Suite |

Case 19-15205-pmm    Doc 128    Filed 11/22/24    Entered 11/23/24 00:41:22    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 138OBJ | Total Noticed: 46 |

| 14394076 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 01:03:44 | 300, St. Louis Park, MN 55426-4938<br>Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14376357 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 21 2024 00:45:08 | Wells Fargo Card Services, P. O. Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14871413 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14871414 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14376340 | ## | Curtis J. Firestone, 5495 Kerr Station Rd., Cabot, AR 72023-9158 |
| 14376352 | ##+ | Tina Firestone, 6714 Lower Macungie Road, Apt. E1, Trexlertown, PA 18087-9705 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

**Name**           **Email Address**

DAVID S. GELLERT
                   on behalf of Debtor Patrick L. Firestone dsgrdg@ptdprolog.net

DAVID S. GELLERT
                   on behalf of Defendant Patrick L. Firestone dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
                   on behalf of Creditor Town Center Bank c/o Triad Financial Services bkgroup@kmllawgroup.com

DOUGLAS J. SMILLIE
                   on behalf of Creditor M&T Bank dsmillie@flblaw.com  ccharlton@flblaw.com

JOSHUA A. GILDEA
                   on behalf of Plaintiff First Commonwealth Federal Credit Union jgildea@flblaw.com  ccharlton@flblaw.com

SCOTT F. WATERMAN [Chapter 13]
                   ECFMail@ReadingCh13.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                   on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com

District/off: 0313-4 User: admin Page 4 of 4
Date Rcvd: Nov 20, 2024 Form ID: 138OBJ Total Noticed: 46
TOTAL: 8

*Form 138OBJ* (6/24)−doc 126 − 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Patrick L. Firestone )   Case No. 19−15205−pmm
)
)
Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 20, 2024                                                     For The Court

                                                                                              Timothy B. McGrath
                                                                                              Clerk of Court